HORACE WALKER SARGANT and Another, Respondents, v. WARREN E. MONROE, Doing Dusiness under the Firm Name and Style of ROESLING MONROE & Co., Appellant.— Orders, so far as appealed from, unanimously affirmed, with twenty

dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM GITLIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.